# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4145

_____

United States of America

*Plaintiff - Appellee*

v.

William Roderick Worrels

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: April 5, 2017
Filed: April 11, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

William Worrels appeals from the sentence the District Court[1] imposed after revoking his supervised release. The court sentenced him to ten months in prison and

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

fifty-five months of supervised release. On appeal, Worrels's counsel argues that the revocation sentence is unreasonable and has moved for leave to withdraw.

We conclude that the District Court did not abuse its discretion and that the sentence is not substantively unreasonable. See United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (standard of review). Both the prison term and the supervised-release term are within the statutory limits, and the prison term is within the applicable advisory U.S. Sentencing Guidelines range. See United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (applying a presumption of substantive reasonableness to a revocation sentence within the Guidelines range). We affirm the judgment, and we grant counsel's motion to withdraw.

_____